UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA
CASE NO.: 07-CR-20244-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARCO ELIAS FRANCO PALACIOS
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THIS MATTER was referred to Magistrate Judge Barry L. Barber on November 9, 2010. A Report and Recommendation filed on November 12, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Barry L. Garber is hereby adopted and approved in its entirety. The defendant is adjudged guilty as to count one of the indictment.

DONE AND ORDERED in chambers in Miami, Florida this 29 day of November, 2010.

> PAUL C. HUCK
> SENIOR U.S. DISTRICT COURT JUDGE

cc: All counsel of record